# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2006

Clifford W. Taylor,
Chief Justice

129087-8 & (152)(158)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AL HASHEM, as Personal Representative of the
Estate of RONNY HASHEM, Deceased,
        Plaintiff-Appellant/
        Cross-Appellee,

v

LES STANFORD OLDSMOBILE, INC.,
        Defendant-Appellee/Cross-Appellee,
and

MOHAMAD BAZZI,
        Defendant/Cross-Defendant-Appellee/
        Cross-Appellant,
and

NAGIA ABDALLAH,
        Defendant,
and

SHINA INC., d/b/a SAK'S PARTY STORE, a/k/a
SAL'S PARTY STORE, and HURON
ENTERTAINMENT CORPORATION, d/b/a
CLUTCH CARGO'S,
        Defendants/Cross-Plaintiffs,
and

HASSAN BAZZI,
        Defendant/Cross-Defendant.
_____/

SC: 129087-8
COA: 245939; 249977
Wayne CC: 00-011717-NI

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal and the application for leave to appeal as cross-appellant are DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2006

Clerk

p0328